[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



RECEIVED
AUG 17 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff  Randy Harris  )
)
)
)
v.  )
)  **United States District Court**
)  **Northern District of Illinois**
)
)
Defendant  )  **1:18-cv-05630**
)  **Judge Sara L. Ellis**
)  **Magistrate Judge: Jeffrey Cole**

Locall 700
City of Chicago  **COMPLAINT**

Falsely accused on the
job by Foreman at
Motor Maintenance
Division / Fleet Management

8-17-18

Randy Harris

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]